UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CAPITOL RECORDS, INC., *a Delaware corporation,* UMG RECORDINGS, INC., *a Delaware corporation,* SONY BMG MUSIC ENTERTAINMENT, *a Delaware general partnership,* BMG MUSIC, *a New York general partnership,* ELEKTRA ENTERTAINMENT GROUP, INC., *a Delaware corporation,* and WARNER BROS. RECORDS, *a Delaware corporation*

          Case Number 07-13512-BC
          Honorable Thomas L. Ludington

      Plaintiffs,

v.

SANDRA DOWD,

      Defendant,

_____/

## **DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

In accordance with the order entered on this date,

It is **ORDERED AND ADJUDGED** that default judgment is entered for the plaintiffs and against the defendant.

It is further **ORDERED AND ADJUDGED** that the defendant shall pay damages to the plaintiffs for infringement of the plaintiffs' copyrights in the sound recordings listed in Exhibit A to the complaint, in the total principal sum of Seven Thousand Five Hundred Dollars ($7,500.00).

It is further **ORDERED AND ADJUDGED** that the defendant shall pay the plaintiffs' costs of suit herein in the amount of Five Hundred Fifty Dollars ($550.00).

It is further **ORDERED AND ADJUDGED** that the defendant shall be and hereby is enjoined from directly or indirectly infringing the plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Where the Blacktop Ends" on album "Keith Urban," by artist "Keith Urban" (SR# 273-265);

- "Beautiful Day," on album "All That You Can't Leave Behind," by artist "U2" (SR# 294-631)

- "You May Be Right," on album "Glass Houses" by artist "Billy Joel" (SR# 17-630);

- "How Forever Feels," on album "Everywhere We Go," by artist "Kenny Chesney" (SR# 263-302);

- "Mrs. Robinson" on album "Complete Simon & Garfunkel Collection," by artist "Simon & Garfunkel" (SR# 15-697);

- "Jumper," on album "Third Eye Blind," by artist "Third Eye Blind" (SR# 188-673);

- "Musiq Soulchild,"on album "Aijuswanaseing," by artist "Musiq" (SR# 291-528);

- "Can't Fight This Feeling,"on album "Wheels Are Turnin'," by artist "REO Speedwagon" (SR# 64-148);

- "Deeper than the Holler," on album "Old 8 x 10," by artist "Randy Travis" (SR# 94-247);

- "Dust in the Wind," on album "Point of Know Return," by artist "Kansas" (SR# N46813);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the plaintiffs (or any parent, subsidiary, or affiliate record label of the plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for

distribution to the public, except pursuant to a lawful license or with the express authority of the plaintiffs.

It is further **ORDERED AND ADJUDGED** that the defendant also shall destroy all copies of the plaintiffs' recordings that the defendant has downloaded onto any computer hard drive or server without the plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in the defendant's possession, custody, or control.

                                                        s/Thomas L. Ludington
                                                       THOMAS L. LUDINGTON
                                                       United States District Judge

Dated: December 10, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 10, 2007.

                                      s/Tracy A. Jacobs
                                      TRACY A. JACOBS